**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CASE NO.: 3:13-cv-1457-J-32BT

**ANTHONY HAIRSTON,**

      **Plaintiff,**

vs.

**ED NELSON TRANSPORT,**
a Foreign Profit Corporation and
**ED NELSON, Individually,**

      **Defendants.**
_____/

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DEFENSE EXPERT DR. TANNAHILL GLEN TO ATTEND DEPOSITION**

**COME NOW** Defendants, **ED NELSON TRANSPORT** and **ED NELSON**, by and through their undersigned counsel, hereby file this Response to the Plaintiff's Motion to Compel Defense Expert Dr. Tannahill Glen to Attend Deposition. In support thereof, the Defendants' hereby submit the following:

1. The deposition of Dr. Tannahill Glen has been set and Noticed by the Plaintiff for Thursday, June 11, 2015 to begin at 9:00 a.m.

2. All parties and deponent are in agreement with the date, time and location of the deposition.

3. Should another issue arise during the deposition, these Defendants do not want to be an under an Order compelling the deposition which only requests the deposition take place.

4. Defendants should not be limited in their handling of the deposition, or any objections or issues that may arise during the deposition that may need to be brought in front of the Judge, immediately.

1

5. The Defendants do not believe the Motion to Compel incorporates those issues. As such, the Defendants do not want to be limited in their handling of the deposition, should the Court grant the Motion.

6. Therefore it is these Defendants' contention that the Plaintiff's Motion to Compel should be denied and/or is moot.

**WHEREFORE**, the Defendants respectively request that this Honorable Court enter an Order stating Plaintiff's Motion to Compel Defense Expert Dr. Tannahill Glen Attend Deposition be denied and/or moot as the deposition is currently scheduled for June 11, 2015.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via Electronic Mail on this 8th day of June, 2015 to Chris Johns, Esq. and Zachary Von Roenn, Esq. via zvonroenn@chrisjohnslaw.com; epleading@chrisjohnslaw.com and Eric S. Block, Esq. and Fraz Ahmed, Esq. via eservice@ericblocklaw.com.

**FERNANDEZ TRIAL LAWYERS, P.A.**

 _/s/ Sorena S. Fallin_
**E.T. FERNANDEZ, III, ESQUIRE**
Florida Bar No. 371556
**SORENA S. FALLIN, ESQUIRE**
Florida Bar No. 019102
**SHERYL E. ELLIS, ESQUIRE**
Florida Bar No.: 103021
8780-200 Perimeter Park Court
Jacksonville, Florida  32216
(904) 398-8008 (Phone)
(904) 398-0332 (Fax)
Attorneys for Defendants

*The following e-mail addresses are only for e-mail service pursuant to Fla. R. Civ. Pro. 1.080:*
Primary: Pleadings@Fernandeztl.com
Secondary: Sorena@Fernandeztl.com