UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:13-cv-1457-J-32BT

ANTHONY HAIRSTON,

    Plaintiff,

vs.

ED NELSON TRANSPORT,
a Foreign Profit Corporation and
ED NELSON, Individually,

    Defendants.
_____/

### DEFENDANTS' NOTICE OF WITHDRAWAL OF DEFENDANTS' EMERGENCY MOTION FOR PROTECTIVE ORDER REGARDING DEPOSITION OF TARA MARCHAND

The **DEFENDANTS, ED NELSON TRANSPORT** and **ED NELSON**, by and through their undersigned counsel, hereby file this Notice of Withdrawal of Defendants' Emergency Motion for Protective Order Regarding Deposition of Tara Marchand as moot as Counsel for the Plaintiff has provided written assurance that the Court's previous order dated June 5, 2015 will be followed as it relates to the functional capacity expert deposition of Tara Marchand. (Please see attached as Exhibit "A", Correspondence from Co-Counsel for the Plaintiff dated June 10, 2015).

*(CERTIFICATE OF SERVICE ON FOLLOWING PAGE)*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via Electronic Mail to Chris Johns, Esq. and Zachary Von Roenn, Esq. via zvonroenn@chrisjohnslaw.com; epleading@chrisjohnslaw.com and Eric S. Block, Esq. and Fraz Ahmed, Esq. via eservice@ericblocklaw.com, on this 11th day of June, 2015.

                                                **FERNANDEZ TRIAL LAWYERS, P.A.**

                                                */s/ Sorena S. Fallin*
                                                **E.T. FERNANDEZ, III, ESQUIRE**
                                                Florida Bar No. 371556
                                                **SORENA S. FALLIN, ESQUIRE**
                                                Florida Bar No. 019102
                                                8780-200 Perimeter Park Court
                                                Jacksonville, Florida  32216
                                                (904) 398-8008 (Phone)
                                                (904) 398-0332 (Fax)
                                                Attorneys for Defendants

                                                *The following e-mail addresses are only for e-mail service pursuant to Fla. R. Civ. Pro. 1.080:*
                                                Primary: Pleadings@Fernandeztl.com
                                                Secondary: Sorena@Fernandeztl.com

**EXHIBIT "A"**

Thursday, June 11, 2015 at 8:32:10 AM Eastern Daylight Time

**Subject:** Re: Hairston- Dr. Glen
**Date:** Wednesday, June 10, 2015 at 11:21:34 PM Eastern Daylight Time
**From:** Dorothy Clay Sims
**To:** Sorena
**CC:** Caitlin O'Donnell, ET, Rick Block, Fraz Ahmed, Michelle, Judi, Kathi, Ruth, Maryanne, Emy

As I clearly stated on the record I am appearing live at the deposition of Tara with no one listening in.

The order does Not refer to Tara. You filed no such motion on this witness prior to her depo set for today.
Nonetheless,
I. WILL. BE. LIVE and this is wasting our time and the courts time.
Please be advised the court requires you make an effort to conference with counsel to try and resolve the issues before you file a motion. No one spoke to me about the contents of the motion before you filed it. Next time pick up the phone.

If anyone had bothered to ask me I would have been glad to state on the record that no consultant would be listening in tomorrow for Tara either.

This is nuts, folks. I suggest you withdraw your motion immediately since you know no one will be listening in.
And I will so state on the record to alleviate heightened paranoia which seems to have you in a choke hold.
Let me also make it clear your motion accusing me of secretly sneaking in consultants is false and you know it.
Stop this now.


Sent from my iPad

On Jun 10, 2015, at 4:48 PM, Sorena <Sorena@Fernandeztl.com> wrote:

> Dear Caitlin,
>
> I also wanted to confirm that the Order regarding Ms. Sims appearing in person applies to Tara Marchand's deposition tomorrow. If not, would you please let me know immediately so we can seek a protective Order to the Court.
>
> Thanks,
>
> Sorena S. Fallin, Esq.
> Sorena@Fernandeztl.com
> Fernandez Trial Lawyers, PA
> 8780-200 Perimeter Park Court
> Jacksonville, Florida 32216
> (904) 398-8008
> (904) 398-0332 (fax)
> www.fernandeztl.com