UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:13-cv-1457-J-32BT

ANTHONY HAIRSTON,

      Plaintiff,

vs.

ED NELSON TRANSPORT,
a Foreign Profit Corporation and
ED NELSON, Individually,

      Defendants.
_____/

## AGREED JOINT MOTION TO EXTEND DEADLINES FOR DAUBERT MOTIONS

The parties, by and through their undersigned counsel, and pursuant to Rule 7 of the Federal Rules of Civil Procedure and Local Rule 3.01, respectfully request from this Honorable Court the entry of an Order extending the deadline for *Daubert* motions, and in support thereof submit the following:

## SUMMARY OF THE ARGUMENT

Trial in this matter is currently set for the term commencing on September 8, 2015. The parties previously filed an Agreed Joint Motion to Extend Deadlines for *Daubert* and Dispositive Motions on or about December 30, 2014. This Honorable Court entered an Order on January 5, 2015, extending the time to file *Daubert* and dispositive motions to no later than June 15, 2015. Due to the disagreement and delay regarding the deposition of Defense expert Dr. Tannahill Glen, and the remaining depositions of two other experts, the parties agree that an extension of the *Daubert* motion deadline is necessary. The parties have been diligent in taking the depositions of the expert witnesses in this matter. However, due to schedules of the experts and counsel and the

disagreement and subsequent delay in re-scheduling the deposition of Dr. Tannahill Glen, three essential expert depositions remain to be taken or have their continued deposition taken. As a result, the parties would respectfully request this Honorable Court to extend the deadline to file *Daubert* motions until July 15, 2015.

## FACTS

1. To date, the deposition of the Plaintiff's treating physicians, Dr. Kambach, Dr. Roberts, Dr. Doward, Dr. Maalouli, Dr. Hassan, Dr. Manuel, and Dr. Hoffman and Plaintiff expert David Dorrity have been taken.

2. The depositions of treating physician Dr. Rogozinski and defense expert Dr. Baker have been taken and their required continuances have been scheduled.

3. The deposition of Defense expert Dr. Glen was previously scheduled to take place on May 27, 2015. The deposition was cancelled and a subsequent motion for protective order was filed by the defense. This Honorable Court entered its Order regarding the taking of Dr. Glen's deposition, and it has been rescheduled for June 11, 2015.

4. Diligent efforts have been made by both parties to complete the depositions of these named witnesses. Due to the three outstanding expert depositions that remain to be taken, the parties respectfully request an extension of the deadline to file *Daubert* motions.

5. All parties agree to this Motion and an Order granting the same.

## ARGUMENT AND MEMORANDUM OF LAW

6. Decisions regarding motions to continue are "within the broad discretion of the district court." Wells v. Cramer, 2009 WL 678102, at *3 (M.D. Fla. Mar. 12, 2009) aff'd, 399 F. App'x 467 (11th Cir. 2010).

7. In determining whether to grant a motion to continue, courts may consider whether the granting of the motion will cause prejudice to the non-moving party, Moreno-Perez v. Toledo-Davila, 764 F. Supp. 2d 349, 351 (D.P.R. 2011), whether "newly discovered evidence may have a bearing on counsel's trial strategy," Id., and to what extent the granting of the continuance would inconvenience the court and parties. Wells, 2009 WL 678102 at *3 (M.D. Fla. 2009).

8. In the present matter, the granting of this motion would not prejudice or inconvenience any party, as both parties have already agreed to the motion. On the other hand, both parties would be prejudiced if the motion were not granted as remaining expert depositions have yet to be taken and are currently scheduled or in the process of being scheduled.

9. This Motion is not being offered solely for the purposes of delay, and the granting of it will not prejudice any of the parties.

10. By the representatives' signatures of the respective counsel below, all parties involved herein have been consulted and consent to the entry of an Order extending the deadline to file *Daubert* motions in the above-styled cause of action until July 15, 2015. The trial of this matter is set to commence during the September 8, 2015 trial docket.

**WHEREFORE**, the parties respectfully request this Court grant this Motion to Extend the Deadline for *Daubert* Motions to July 15, 2015, for the reasons set forth herein, and any other relief this Court deems equitable and just.

### 3.01(g) Statement

By the representative signatures below, all parties have been consulted and agree to the granting of this Motion.

Respectfully submitted this 11th day of June, 2015.

| FERNANDEZ TRIAL LAWYERS, P.A. | LAW OFFICES OF ERIC S. BLOCK, P.A. |
|---|---|
| */s/ Sorena Fallin* | */s/ Fraz Ahmed* |
| **E.T. FERNANDEZ, III, ESQUIRE** | **ERIC S. BLOCK, ESQUIRE** |
| Florida Bar No.: 371556 | Florida Bar No.: 0915531 |
| **SORENA FALLIN, ESQUIRE** | **FRAZ AHMED, ESQUIRE** |
| Florida Bar No.: 019102 | Florida Bar No.: 0025653 |
| 8780-200 Perimeter Park Court | 6817 Southpoint Parkway, Ste. 2502 |
| Jacksonville, Florida 32216 | Jacksonville, Florida 32216 |
| (904) 398-8008 (Phone) | TEL.: (904) 475-9400 |
| (904) 398-0332 (Fax) | FAX: (904) 475-9411 |
| Attorneys for Defendants | FAX: (904) 475-9411 |
| *The following e-mail addresses are only for e-mail service pursuant to Fla. R. Civ. Pro. 1.080:* | Attorneys for Plaintiff |
| Primary: Pleadings@Fernandeztl.com | Primary email: eservice@ericblocklaw.com |
| Secondary: Sorena@Fernandeztl.com | eblock@ericblocklaw.com |
| | fahmed@ericblocklaw.com |