UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANTHONY HAIRSTON,

        CASE NO.: 3:13-cv-01457-J-32JBT

    Plaintiff,

vs.

ED NELSON TRANSPORT,
a Foreign Profit Corporation and
ED NELSON, Individually,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF DESIGNATION OF EXPERT**
**FOR *DAUBERT* PROCEEDINGS**

Plaintiff, ANTHONY HAIRSTON, hereby gives notice that he has retained James N. Butcher, PhD., 2501 Wisconsin Ave. NW, Suite 105, Washington D.C., (610) 850-5265 for purposes of expert opinion and testimony regarding any and all *Daubert* and Motions in Limine proceedings and challenges to Defendants' expert witness, Tannahill Glen, PsyD. Dr. Butcher's expertise is in the field of psychological testing and administration. Dr. Butcher may testify and provide expert opinions as to the administration and interpretation of psychological tests administered by Defendants' expert witness, Tannahill Glen, PsyD. Dr. Butcher is not being disclosed as Plaintiff's expert for trial.

**LAW OFFICES OF ERIC S. BLOCK, P.A.**

*[signature]*

**ERIC S. BLOCK**
Florida Bar No.: 0915531
**FRAZ AHMED**
Florida Bar No.: 0025653
6817 Southpoint Parkway, Ste. 2502
Jacksonville, Florida 32216
Telephone: (904) 475-9400
Facsimile: (904) 475-9411
Primary email: eservice@ericblocklaw.com

and

**LAW OFFICES JOHNS & VON ROENN**
**CHRIS JOHNS, ESQUIRE**
Florida Bar No. 0882917
cjjaxlaw@yahoo.com
**ZACHARY VON ROENN, ESQUIRE**
Florida Bar No. 0027202
zvonroenn@chrisjohnslaw.com
4901 Atlantic Blvd.
Jacksonville, FL 32207
Phone: (904) 398-9893
Fax:    (904) 398-8757
E-Service: epleading@chrisjohnslaw.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished via electronic delivery to **Ellis T. Fernandez, III, Esquire,** et@fernandeztl.com; emy@fernandeztl.com; Pleadings@Fernandeztl.com and **Sorena Fallin, Esquire,** Pleadings@Fernandeztl.com; Sorena@Fernandeztl.com at 8780 Perimeter Park Court, Bldg 200, Jacksonville, FL 32216, Counsel for Defendants this ___ day of June, 2015.

*[signature]*
_____
Attorney