UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANTHONY HAIRSTON,

    Plaintiff,

v.                                                                                         CASE NO. 3:13-cv-1457-J-32JBT

ED NELSON TRANSPORT,
a Foreign Profit Corporation
and ED NELSON, Individually,

    Defendants.
_____/

**ORDER**

**THIS CAUSE** is before the Court on Plaintiff's Notice of Designation of Expert for Daubert Proceedings ("Notice") (Doc. 75). Discovery materials "must not be filed until they are used in the proceeding or the court orders filing." Fed. R. Civ. P. 5(d)(1); *see also* M.D. Fla. R. 3.03(d). Because the Court has not ordered Plaintiff to file the Notice and it does not appear that filing is necessary at this time, the filing is due to be stricken. Counsel should ensure that such discovery materials are not routinely filed in the future.

Accordingly, it is **ORDERED**:

The Notice (**Doc. 75**) is **STRICKEN** without prejudice to filing at a later time if necessary.

**DONE AND ORDERED** at Jacksonville, Florida, on June 15, 2015.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record