

# AMERICAN PSYCHOLOGICAL ASSOCIATION

Public Interest Directorate

May 31, 2007

Yossef S. Ben-Porath, PhD, and Auke Tellegen, PhD
University of Minnesota Press
Test Division
111 Third Avenue South
Minneapolis, MN 55401-2520

Re: FBS MMPI-2 Validity Scale

At our recent meeting, APA's Committee on Disability Issues in Psychology (CDIP) discussed the newly introduced MMPI-2 validity scale, the fake bad scale (FBS) which was brought to our attention by several colleagues.

CDIP appreciates the need for psychologists working in forensics and other types of neuropsychological settings to be able to detect malingering. We also recognize and appreciate the need to be able to detect malingering in disability claimants. However, we strongly believe that the FBS has been prematurely disseminated into practice, while still lacking evidence of adequate psychometric properties and interpretive guidelines. The FBS has been the subject of intense debate, and at present there is insufficient empirical research on the FBS capable of serving to resolve diagnostic and assessment issues associated with its use. We are particularly concerned that the issue of false positives has not been resolved. There is significant evidence that the FBS scale disadvantages individuals with genuine medical or psychological difficulties, particularly people with disabilities.

In correspondence with University of Minnesota Press (dated 2-8-06), Dr. James Butcher strongly recommends against including the FBS as an official MMPI-2 scale. Many items appearing on the FBS are genuine symptom items also appearing on clinical and content scales. The FBS uses actual symptoms, and client's endorsement of these symptoms is not likely to provide indications of deceptive or malingering strategies. Dr. Butcher also notes significant problems with research supporting the use of the FBS, including use of unpublished studies and small sample sizes. There is also significant evidence that literature aiming to provide interpretive guidelines for the FBS may take an overly positive view regarding its use. We are disappointed that the University of Minnesota Press chose to introduce the FBS scale against the recommendation of MMPI-2 scholars such as Dr. Butcher.

750 First Street, NE
Washington, DC 20002-4242
(202) 336-6050
(202) 336-0123 TDD

Email: publicinterest@apa.org
Web: www.apa.org/pi



Given these, and other problems noted by Dr. Butcher, it seems that use of the FBS has significant potential to negatively impact persons with disabilities. The potential of the FBS to over predict malingering in persons with disabilities may result in their being denied necessary and due compensation, benefits or treatment. Individuals with physical, neurological, pain related or mental health disabilities may receive sub standard psychological services. This seems likely given issues regarding item endorsement that have been noted by disability scholars such as Rhoda Olkin, PhD. Dr. Olkin provides evidence that individuals with acquired disabilities are more likely to endorse somatic and obsessive compulsive test items. However, such endorsement often reflects aspects of disability, not malingering. In addition, the current lack of quality and consistency of available FBS related validity research may result in obvious legal and ethical dilemmas, particularly for psychologists in counseling rehabilitation, and medical settings.

In light of these concerns, CDIP strongly recommends that the University of Minnesota Press request an independent evaluation of the FBS to be conducted by the Buros Mental Measurement Test Evaluation System at the University of Nebraska. The Buros Center for Testing is directed by Dr. Kurt Geisinger who has expertise in disability issues. It is this type of independent empirical research that can help resolve underlying validity issues. It is our understanding that such an evaluation can only be requested by the test publisher and is performed at no cost.

CDIP appreciates the opportunity to provide input regarding such a key issue.

Sincerely,


Arnie Abels, Ph.D, Chair
Committee on Disability Issues in Psychology


CC:    Marianne Ernesto
       Beverly Kaemmer, Associate Director/ Test Division Manager
       Gwendolyn Puryer Keita, PhD
       Izabela Z. Schultz, PhD


AMERICAN
PSYCHOLOGICAL
ASSOCIATION


Public Interest Directorate

August 9, 2007

Yossef S. Ben-Porath, PhD, and Auke Tellegen, PhD
University of Minnesota Press
Test Division
111 Third Avenue South
Minneapolis, MN 55401-2520

Re: Clarification of CDIP's position regarding the MMPI-2 FBS Scale

We are writing in response to your June 21, 2007 letter to provide clarification of the May 31, 2007 letter to the University of Minnesota Press from the Committee on Disability Issues in Psychology (CDIP) regarding the FBS MMPI-2 validity scale. At the outset we would like to express our appreciation to all who have taken the time to read our May 31 letter and bring a variety of issues to our attention.

First, the CDIP letter does not reflect an official APA statement or APA policy. APA is in no way taking an official stand against use of the FBS. The purpose of the letter was to bring to the attention of the University of Minnesota Press Test Division relevant information about the FBS scale that CDIP had become aware of, and which suggested that caution may be advisable in use of the FBS, particularly with people with disabilities.

It is important as background to understand what CDIP's mission is. The Committee was formed in 1985 with the purpose of addressing "all areas of disability issues in psychology". Among the areas covered in its mission statement are promoting "awareness of disability issues in psychological research "and "inclusion of knowledge about disabilities and disability issues in education, training programs, and professional development of psychologists." It is with this mission in mind that CDIP wrote to you about the FBS.

The intent of our May 31 letter was simply to convey concerns expressed to CDIP as they relate to those with disabilities and to suggest a review by an independent entity with expertise on disability issues in testing. We understand that there is an ongoing debate reflected in the empirical literature regarding the use of the FBS in forensic settings. CDIP did not evaluate or assess the test itself. Those are actions that are not within its mission. Rather CDIP's intent was to pass on directly to the test publisher concerns expressed to CDIP about a new scale which, if true, could result in harm to persons with disabilities.

CDIP's primary concern is that tests such as the FBS are fairly and fully evaluated to avoid the potential to negatively impact persons with disabilities. Any test that over predicts malingering in persons with disabilities may result in their being denied

750 First Street, NE
Washington, DC 20002-4242
(202) 336-6056
(202) 336-6123 TDD

Email: publicinterest@apa.org
Web: www.apa.org


Please Recycle

necessary and due compensation, benefits or treatment. We are sure you share our goal of avoiding such results. These factors led CDIP to suggest an independent evaluation of the FBS by the Buros Institute of Mental Measurement at the University of Nebraska. This institute is directed by Dr Kurt Geisinger, who has considerable expertise in areas of disability issues.

In closing we would like to make clear that we are not attempting to blur boundaries between political and scientific matters. Our goal is simply to bring forward to you concerns that were expressed to CDIP about the FBS that bear on testing of those with disabilities.

CDIP appreciates the opportunity to provide clarification regarding these key issues.

Sincerely,

Arnie Abels, PhD
Chair
Committee on Disability Issues in Psychology

CC: Natalie Gilfoyle, JD, APA General Counsel
Norman Anderson, PhD, APA Chief Executive Officer
David S. Bush, Ph.D., ABPP-CN, ABPN
Jacobus Donders, PhD, ABPP
Marianne Ernesto, APA, Director of Testing and Assessment
Gwendolyn Puryear Keita, PhD, APA Executive Director, Public
     Interest Directorate
Izabela Z. Schultz, PhD
Dorothy Clay Sims, JD