**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ANTHONY HAIRSTON,

    Plaintiff,

v.                                                                         Case No. 3:13-cv-1457-J-32JBT

ED NELSON TRANSPORT, a Foreign
Profit Corporation and ED NELSON,
Individually,

    Defendants.

_____

**O R D E R**

This case is before the Court on the parties' Agreed Joint Motion to Extend Deadlines for Daubert Motions (Doc. 73), filed on June 11, 2015. The case is currently on the September 2015 trial calendar, with the final pretrial conference set for August 26, 2015. (Doc. 55.) Daubert motions were due on June 15, 2015. (Doc. 57.) In the agreed motion, the parties seek a one-month extension of the Daubert motion deadline until July 15, 2015. (Doc. 73.) At the time they filed the agreed motion, the parties still had three depositions to complete: treater Dr. Rogozinski and defense experts Dr. Glen and Dr. Baker. (Id.) They have since completed Dr. Glen's deposition, and plaintiff has filed a Daubert motion to exclude her testimony. (Doc. 78.) The agreed motion is therefore moot as to Dr. Glen. But the depositions of Dr. Rogozinski and Dr. Baker, while both started, remain to be completed. (Doc. 73.) The final sessions of both have been scheduled. (Id.)

Upon due consideration, and in light of the Daubert motions that have already been

filed,[1] the Court will grant the requested extension as to any Daubert motions directed to Dr. Rogozinski or Dr. Baker. In light of this extension, the Court will also adjust the dates of the final pretrial conference and the trial.[2]

Accordingly, it is hereby

**ORDERED:**

1. Agreed Joint Motion to Extend Deadlines for Daubert Motions (Doc. 73) is **MOOT** in part and **GRANTED** in part to the extent set forth above.

2. The parties shall file any Daubert motions directed to Dr. Rogozinski or Dr. Baker on or before **July 15, 2015**.

3. The parties shall file their Joint Final Pretrial Statement on or before **September 16, 2015**.

4. The final pretrial conference is set for **September 23, 2015**, at **10:00 a.m.**, and the trial is set for the term commencing **October 5, 2015**, at **9:00 a.m.**

**DONE AND ORDERED** in Jacksonville, Florida this 16th day of June, 2015.

TIMOTHY J. CORRIGAN
United States District Judge

bjb
Copies to:

Counsel of record

---

[1] Defendant filed a motion to exclude plaintiff's expert David Dorrity. (Doc. 77.) The motion attaches excerpts of Dorrity's deposition, some of which are only portions of the deponent's answers without the corresponding question. (Doc. 77, Exs. A-C.) **Defendant should file the complete transcript of Dorrity's deposition for the Court's review.**

[2] The parties have not filed any dispositive motions or requested an extension of the deadline by which to do so, which was the same as the deadline for Daubert motions. (Doc. 57.) The Court presumes no dispositive motions will be filed in this case.