UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANTHONY HAIRSTON,  CASE NO.: 3:13-cv-1457-J-32BT

    **Plaintiff,**

vs.

ED NELSON TRANSPORT,
a Foreign Profit Corporation and
ED NELSON, Individually,

    **Defendants.**
_____/

## DEFENDANTS' UNOPPOSED MOTION FOR CONTINUANCE OF HEARING

**COME NOW** the Defendants, by and through undersigned counsel, pursuant to the applicable Rules of Federal Civil Procedure, and herein move this Court for an Order rescheduling the hearing for oral argument on Defendants' Amended Motion to Strike Plaintiff's Expert, James Butcher, Ph.D, or in the Alternative, Motion for Extension of Time, and in support thereof submit the following:

### SUMMARY OF THE ARGUMENT

Due to a clerical mistake and an irreconcilable scheduling conflict, Defense counsel is unavailable for the hearing for oral argument, currently scheduled for July 15, 2015 at 11:00 a.m. Counsel for Defendants and Plaintiff have conferred, and agree upon the relief requested in this Motion.

### FACTS

The hearing for oral argument on Defendants' Amended Motion to Strike Plaintiff's Expert, James Butcher, Ph.D, or in the Alternative, Motion for Extension of

Time is currently set for July 15, 2015 at 11:00 a.m. (Doc. 94.) However, due to a clerical mistake and an irreconcilable scheduling conflict, Defense counsel is unavailable for the hearing at that time. Counsel for the Defendants has conferred with Plaintiff's counsel, who does not oppose the filing of this Motion.

### ARGUMENT AND LEGAL AUTHORITY

This Court has broad discretion in managing its cases to include activities such as discovery and scheduling. Chrysler International Corporation v. Chemaly, 280 F.3d 1358, 1360 (11th Cir. 2002).

Although the parties, in their Joint Notice of Availability (Doc. 93), offered the time of July 15, 2015 at 11:00 a.m. for oral argument, a clerical mistake occurred, and precludes Defendants' counsel from being available at that time. Defendants' counsel has a previously scheduled out of town obligation, which cannot be rescheduled, and consequently presents an irreconcilable conflict.

The other two times offered in the parties' Joint Notice of Availability, July 24, 2015, at 9:30 a.m. or 11:00 a.m., are still available on the calendars of both Defendants' and Plaintiff's counsel. Defense counsel has conferred with Plaintiff's counsel, who also submits that a hearing on July 24, 2015, would be preferable.

**WHEREFORE**, Defendants respectfully request from this Honorable Court, the entry of an Order rescheduling the hearing for oral argument on Defendants' Amended Motion to Strike Plaintiff's Expert, James Butcher, Ph.D, or in the Alternative, Motion for Extension of Time.

**3.01(g) Certification**

In accordance with Local Rule 3.01(g), counsel for Defendants and Plaintiff have conferred on the matters addressed in this motion and Plaintiff does not object to the relief sought herein.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via Electronic Mail to Chris Johns, Esq. and Zachary Von Roenn, Esq. via zvonroenn@chrisjohnslaw.com; epleading@chrisjohnslaw.com and Eric S. Block, Esq. and Fraz Ahmed, Esq. via eservice@ericblocklaw.com, on this 10th day of July, 2015.

**FERNANDEZ TRIAL LAWYERS, P.A.**

 /s/ Erin-Elizabeth Dolan, Esq.
**E.T. FERNANDEZ, III, ESQUIRE**
Florida Bar No. 371556
**SORENA S. FALLIN, ESQUIRE**
Florida Bar No. 019102
**ERIN-ELIZABETH DOLAN, ESQUIRE**
Florida Bar No.: 109433
8780-200 Perimeter Park Court
Jacksonville, Florida  32216
(904) 398-8008 (Phone)
(904) 398-0332 (Fax)
Attorneys for Defendants