UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANTHONY HAIRSTON,

    Plaintiff,

v.                                                                          CASE NO. 3:13-cv-1457-J-32JBT

ED NELSON TRANSPORT,
a Foreign Profit Corporation
and ED NELSON, Individually,

    Defendants.
_____/

**ORDER**

**THIS CAUSE** is before the Court following the hearing held on July 24, 2015. At the hearing, the parties agreed that an extension of the current deadlines in this action is necessary, and agreed on the proposed deadlines. As explained at the hearing, the Court will extend the subject deadlines by separate order. Because the deadlines will be extended, the parties agreed to withdraw all pending *Daubert* Motions (Docs. 77, 78, 91, 97, 99) without prejudice to refiling at a later date, and agreed that the pending Motions to Strike (Docs. 87, 98, 100) are moot. The parties also discussed the possibility of participating in a second mediation and/or a settlement conference.

    Accordingly, it is **ORDERED**:

    1.    The *Daubert* Motions (**Docs. 77, 78, 91, 97, 99**) are deemed **WITHDRAWN** without prejudice.

    2.      The Motions to Strike (**Docs. 87, 98, 100**) are **DENIED as moot**.

    3.      **On or before August 7, 2015**, the parties shall confer regarding a second mediation and/or a settlement conference and file a joint notice stating whether the parties agree to participate in one. If a settlement conference is requested, the parties shall state the requested timing of such a conference. If a second mediation will take place, the parties shall inform the Court of the timing thereof and the identity of any new mediator. If the parties cannot agree on a mediator, they shall request that the Court appoint one.

**DONE AND ORDERED** at Jacksonville, Florida, on July 24, 2015.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record