UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANTHONY HAIRSTON,  CASE NO.: 3:13-cv-1457-J-32BT

      **Plaintiff,**

vs.

ED NELSON TRANSPORT,
a Foreign Profit Corporation and
ED NELSON, Individually,

      **Defendants.**
_____/

### JOINT MOTION AND REQUEST FOR SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE, JOEL B. TOOMEY

**COME NOW** the Plaintiff, **ANTHONY HAIRSTON**, and Defendants, **ED NELSON TRANSPORT and ED NELSON**, by and through their undersigned counsel, and in accordance with Magistrate Judge Toomey's offer to participate in a Settlement Conference, do hereby request such a Settlement Conference.

It would be the preference and request of the parties that the Court, through Magistrate Judge Toomey, conduct a Settlement Conference involving all of the parties at a time convenient to the same and this Court, as addressed at the hearing before this Court on July 24, 2014.

**WHEREFORE**, the Plaintiff, **ANTHONY HAIRSTON**, and Defendants, **ED NELSON TRANSPORT and ED NELSON,** respectfully request from this Honorable Court the entry of an Order for the parties to participate in a Settlement Conference before Magistrate Judge Joel B. Toomey.

<u>**3.01(g) Certification**</u>

In accordance with Local Rule 3.01(g), counsel for Defendants and Plaintiff have conferred on the matters addressed in this motion and all parties agree to participate in a Settlement Conference.

Respectfully submitted this 7th day of August, 2015.


**FERNANDEZ TRIAL LAWYERS, P.A.**

 /s/ *Erin-Elizabeth Dolan, Esq.*
**E.T. FERNANDEZ, III, ESQUIRE**
Florida Bar No. 371556
**SORENA S. FALLIN, ESQUIRE**
Florida Bar No. 019102
**ERIN-ELIZABETH DOLAN, ESQUIRE**
Florida Bar No.: 109433
8780-200 Perimeter Park Court
Jacksonville, Florida  32216
(904) 398-8008 (Phone)
(904) 398-0332 (Fax)
Attorneys for Defendants
*The following e-mail addresses are only*
*for e-mail service pursuant to*
*Fla. R. Civ. Pro. 1.080:*
Primary: Pleadings@Fernandeztl.com
Secondary: Sorena@Fernandeztl.com



**LAW OFFICES OF ERIC S. BLOCK, P.A.**

 /s/ Fraz Ahmed
**ERIC S. BLOCK**
Florida Bar No.: 0915531
**FRAZ AHMED**
Florida Bar No.: 0025653
6817 Southpoint Parkway, Ste. 2502
Jacksonville, Florida 32216
TEL.: (904) 475-9400
FAX: (904) 475-9411
Attorneys for Plaintiff
Primary email: eservice@ericblocklaw.com