UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANTHONY HAIRSTON,

    Plaintiff,

v.                                                   CASE NO. 3:13-cv-1457-J-32JBT

ED NELSON TRANSPORT,
a Foreign Profit Corporation
and ED NELSON, Individually,

    Defendants.
_____/

**ORDER**

**THIS CAUSE** is before the Court on Defendants' Response (Doc. 86) to the Court's outstanding Order to Show Cause (Doc. 83). For the reasons set forth herein, the Order to Show Cause is due to be **DISCHARGED**, and sanctions will not be imposed.

On June 19, 2015, the Court entered an Order striking without prejudice Defendants' Emergency Motion to Strike Plaintiff's Expert, James Butcher, Ph.D., or in the Alternative, Motion for Extension of Time ("Motion") (Doc. 81) and requiring Defendants' counsel to show cause "in writing why sanctions should not be imposed for the unwarranted designation of the Motion as an 'emergency.'" (Doc. 83 at 3.)

Although the designation of the Motion as an emergency motion was not warranted, the Court accepts Defendants' explanation that circumstances, caused in part by Plaintiff, suggested that expedited consideration was appropriate. In the

future, counsel should ask for expedited consideration rather than designating a motion as an emergency unless truly justified.

Accordingly, it is **ORDERED**:

The Order to Show Cause (**Doc. 83**) against Defendants' counsel is **DISCHARGED**, and sanctions will not be imposed.

**DONE AND ORDERED** at Jacksonville, Florida, on August 14, 2015.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record