UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANTHONY HAIRSTON,

     Plaintiff,

v.

                                  CASE NO. 3:13-cv-1457-J-32JBT

ED NELSON TRANSPORT,
a Foreign Profit Corporation
and ED NELSON, Individually,

     Defendants.

_____/

## ORDER

    A settlement conference in this case is hereby set before the undersigned on **October 5, 2015, at 9:30 a.m.**, in Courtroom 5A (5th floor), Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.  Trial counsel and all parties or representatives of the parties with full settlement authority shall personally attend.  The participants should be mindful of the Court's time but must also be prepared to stay until all settlement possibilities have been exhausted.

    **No later than September 30, 2015**, each party shall submit for the Court's consideration a memorandum setting forth a brief summary of that party's contentions and position on settlement.  These memoranda should not be filed with the Clerk of Court, but rather should be either hand-delivered, faxed (904-549-1967), or emailed (chambers_flmd_toomey@flmd.uscourts.gov) directly to the chambers of the undersigned.  Each party may provide a copy of this memorandum to opposing counsel at its option.  At the conclusion of the settlement conference,

whether or not settlement is reached, these memoranda will be destroyed by the Court.

The parties are advised that photo identification is required to enter the United States Courthouse.  Non-attorneys may not bring personal electronic devices into the building.

**DONE AND ORDERED** at Jacksonville, Florida, on August   28, 2015.

JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record