UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**ANTHONY HAIRSTON,**                                   CASE NO.: 3:13-cv-1457-J-32BT

       **Plaintiff,**

vs.

**ED NELSON TRANSPORT,**
a Foreign Profit Corporation and
**ED NELSON, Individually,**

       **Defendants.**
_____/

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND
EXPERT REPORT DEADLINE**

    **COME NOW** the Defendants, **ED NELSON TRANSPORT and ED NELSON**, by and through their undersigned counsel, and pursuant to Rule 7, Federal Rules of Civil Procedure, and Local Rule 3.01, respectfully request this Honorable Court enter an Order extending the deadline for the disclosure of Defendants' Expert Reports, and in support thereof submit the following:

1. The current deadline for the disclosure of the Defendants' Expert Reports is Monday, November 2, 2015.

2. Diligent efforts have been made to have said Reports completed by this deadline. However, due to unforeseen conflicts with the Expert Witness' schedules, the Reports will not be complete by the current deadline.

3. Accordingly, Defendants are requesting an extension of four days, until Friday, November 6, 2015, for the disclosure of their Expert Reports.

4. In the present matter, the granting of this motion would not prejudice or inconvenience any party, as Plaintiff's Counsel has no objections to the Court granting this extension.

### Rule 3.01(g) Certification

In accordance with Local Rule 3.01(g), counsel for Defendants and Plaintiff have conferred on the matters addressed in this motion and Plaintiff agrees to the relief sought herein.

**WHEREFORE,** Defendants, **ED NELSON TRANSPORT and ED NELSON**, respectfully request from this Honorable Court the entry of an Order extending the disclosure deadline of their Expert Reports to November 6, 2015.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via Electronic Mail to Chris Johns, Esq. and Zachary Von Roenn, Esq. via zvonroenn@chrisjohnslaw.com; epleading@chrisjohnslaw.com and Eric S. Block, Esq. and Fraz Ahmed, Esq. via eservice@ericblocklaw.com, on this 28th day of October, 2015.

**FERNANDEZ TRIAL LAWYERS, P.A.**

/s/     Erin-Elizabeth Dolan
**E.T. FERNANDEZ, III, ESQUIRE**
Florida Bar No. 371556
**SORENA S. FALLIN, ESQUIRE**
Florida Bar No. 019102
**ERIN-ELIZABETH DOLAN, ESQUIRE**
Florida Bar No.: 109433
8780-200 Perimeter Park Court
Jacksonville, Florida 32216
(904) 398-8008 (Phone)
(904) 398-0332 (Fax)
Attorneys for Defendants