UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANTHONY HAIRSTON,

    Plaintiff,

v.                                                               CASE NO. 3:13-cv-1457-J-32JBT

ED NELSON TRANSPORT,
a Foreign Profit Corporation
and ED NELSON, Individually,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Defendants' Joint Motion for Substitution of Counsel ("Motion") (Doc. 136). The Motion is deficient in several respects. First, the "Joint" Motion was not filed by Plaintiff and Defendants, but rather by Defendants' current counsel and prospective counsel. (*Id.* at 2.) In the future, no party shall label a motion as a "joint motion" unless it is jointly filed by Plaintiff and Defendants.

Next, the Motion does not comply with Local Rule 3.01(g). Further, there is no indication that Defendants' counsel have complied with Local Rule 2.03(b) which requires, in part, that before withdrawing, counsel give "ten (10) days' notice to the party or client affected thereby, and to opposing counsel." Additionally, Local Rule 2.03(c) provides that leave to withdraw shall not be given "absent compelling ethical considerations, if such withdrawal would likely cause continuance or delay." The Motion provides no reason for the substitution of counsel in this case, which has

been pending for over two years, nor does it state whether it will likely cause continuance or delay.

Accordingly, it is **ORDERED**:

The Motion (**Doc. 136**) is **STRICKEN without prejudice** to refiling in accordance with all applicable rules and procedures **on or before December 21, 2015**.

**DONE AND ORDERED** at Jacksonville, Florida, on December 7, 2015.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record