UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANTHONY HAIRSTON,                              Case No.: 3:13-CV-01457-J-32JBT

      Plaintiff,
v.

ED NELSON TRANSPORT,
A foreign Profit Corporation
And ED NELSON, Individually,

      Defendants.
_____/

## UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW Defendants, ED NELSON TRANSPORT, a foreign Profit Corporation and ED NELSON, Individually, hereby move this Court pursuant to Fed. R. Civ. P. Rule 11, Local Rule 2.03 (b), Local Rule 3.01 (g) for the entry of an Order allowing the law firm of **FERNANDEZ TRIAL LAWYERS, P.A.** to withdraw as counsel of record for Defendants, effective upon entry of this Court's Order and substituting the law firm of **COLE, SCOTT & KISSANE, P.A.** in its place and stead. **FERNANDEZ TRIAL LAWYERS, P.A.** shall have no further obligation of appearance before the Court in this cause. Copies of all further correspondence, pleadings, and/or discovery matters pertaining to this case should be furnished to **JOSEPH T. KISSANE, Esq., COLE, SCOTT & KISSANE, P.A.**, 4686 Sunbeam Road, Jacksonville, FL 32257.

    1.    On November 17, 2015 Fernandez Trial Lawyers, P.A. notified counsel for Plaintiff, Anthony Hairston of its intention to withdraw as counsel for this matter. On November 24, 2015 Fernandez Trial Lawyers, P.A. notified Cole, Scott, & Kissane and Defendant Ed Nelson Transport of its intention to withdraw as counsel for this matter, thereby complying with Local Rule 2.03 (b) which requires in part, that before withdrawing, counsel shall give "ten (10)

days' notice to the party or client affected thereby and to opposing counsel". No parties affected by this withdrawal had an objection to the same.

2. While counsel is aware that this matter has been pending, irreconcilable differences have arisen as to the handling of the defense in this matter. The withdrawal of Fernandez Trial Lawyers, P.A. is not likely to cause significant delay or continuances in this matter. New Defense counsel has received the entirety of the file and is aware of all upcoming deadlines.

3. Pursuant to Local Rule 3.01(g), undersigned counsel hereby certifies that they have conferred with counsel for Plaintiff regarding said Motion for Substitution for Counsel and opposing counsel has confirmed that they have no objections to same.

**DATED** this 9th day of December, 2015.

**FERANDEZ TRIAL LAWYERS, P.A.**                **COLE, SCOTT, KISSANE, P.A.**


/s/ Sorena S. Fallin                         /s/ Joseph T. Kissane
E.T. Fernandez, III, Esq.                    Joseph T. Kissane, Esq.
Florida Bar No. 371556                       Florida Bar No. 512966
Sorena S. Fallin, Esq.                       Michelle L. Smith, Esq.
Florida Bar No. 19102                        Florida Bar No. 00025897
Jacksonville, FL 32216                       4676 Sunbeam Road
8780-200 Perimeter Park Court                Jacksonville, FL 32257
(904) 398-8008                               (904) 672-4034
ET@Fernandeztl.com                           Joe.kissane@csklegal.com
Sorena@Fernandeztl.com                       Michelle.smith@csklegal.com
                                             Molly.peters@csklegal.com

Case No. 3:13-cv-1457-J-32JBT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 9, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following CM/ECF participant: E.T. Fernandez, III, Esq.

/s/ Joseph T. Kissane
ATTORNEY