UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANTHONY HAIRSTON,  Case No.: 3:13-CV-01457-J-32JBT

    Plaintiff,
v.

ED NELSON TRANSPORT,
A foreign Profit Corporation
And ED NELSON, Individually,

    Defendants.
_____/

## JOINT MOTION FOR CONTINUANCE OF DISCOVERY DEADLINE AND DISPOSITIVE MOTION/DAUBERT MOTION DEADLINE

COMES NOW Defendant, Ed Nelson Transport, a foreign Corporation and Ed Nelson, individually, together with Plaintiff, Anthony Hairston by and through the undersigned attorneys, pursuant to Fed. R. Civ. P. Rule 11, Local Rule 2.03 (b), Local Rule 3.01 (g), and Local Rule 3.09 hereby moves this Court for the entry of an order granting their Joint Motion for Continuance of the Discovery Deadline and Joint Motion for Continuance of the Dispositive Motion/Daubert Motion Deadline currently scheduled for December 31, 2015, and as grounds therefore would state as follows:

    1.    On or about November 26, 2013 Plaintiff filed the above-styled cause of action against Defendants.

    2.    On or about July 24, 2015 this Court entered an Amended Case Management and Scheduling Order setting the trial for a term beginning June 6, 2016.

    3.    On or about November 18, 2015 Cole, Scott, & Kissane was assigned the defense in this matter.

4. On or about November 24, 2015 prior defense counsel withdrew from representation in this matter.

5. On or about December 9, 2015 Cole, Scott, & Kissane filed a Motion for Substitution of Counsel with the Court assuming the defense in this matter.

6. All parties have remained diligent in attempting to schedule the remainder of the necessary depositions, however due to the holiday season and several scheduling conflicts, the parties have been unable to schedule the remainder of the depositions prior to the discovery deadline of December 31, 2015. Specifically, Dr. Butcher, the Plaintiff's psychological and neuropsychological expert had a conflict arise and had to reschedule his deposition from December 17, 2015 to January 13, 2015. In addition, Plaintiff's treating medical doctor, Dr. Roberts', deposition is outstanding as well as the deposition of Dr. Bianchini, Defendant's clinical psychologist and clinical neuropsychologist. Counsel for both parties continue to attempt to schedule the remainder of the depositions and will continue to do so expeditiously. Additionally, the Plaintiff is in the process of scheduling the depositions of Defendant's recently disclosed experts, Andrew J. Sievers, Dr. Kevin J. Bianchini, and Dr. Kevin W. Greve.

7. Given the above facts and circumstances, both parties respectfully request that the discovery deadline in this matter be continued to January 29, 2015.

8. Because the depositions have had to be scheduled outside of the deadline for Dispositive motions and Daubert motions, both parties respectfully request that the deadline to file the same be continued to January 29, 2015.

9. The parties' state that no other dates in the Amended Scheduling Order, including the trial term date, should be changed should the Court extend these two deadlines.

10. Pursuant to Local Rule 3.01(g), undersigned counsel hereby certifies that they have conferred with counsel for Plaintiff regarding said Motion Continuance of the Discovery Deadline and Motion for Continuance of the Dispositive Motion/Daubert Motion Deadline and opposing counsel has confirmed that they have no objections to same.

WHEREFORE, the parties pray this Honorable Court enter an order continuing the December 31, 2015 discovery deadline.

**DATED** this 14th day of December, 2015.

| | |
|---|---|
| **ERIC S. BLOCK, P.A.** | **COLE, SCOTT, KISSANE, P.A.** |
| /s/ Fraz Ahmed_____ | /s/ Joseph T. Kissane_____ |
| Eric S. Block, Esq. | Joseph T. Kissane, Esq. |
| Florida Bar No. 915531 | Florida Bar No. 512966 |
| Fraz Ahmed, Esq. | Michelle L. Smith, Esq. |
| Florida Bar No. 025653 | Florida Bar No. 00025897 |
| 6817 Southpoint Pkwy | 4686 Sunbeam Road |
| Ste. 2502 | Jacksonville, FL 32257 |
| Jacksonville, FL 32216 | (904)672-4034 |
| (904)475-9400 | Joe.Kissane@csklegal.com |
| eblock@ericblocklaw.com | Michelle.smith@csklegal.com |
| fahmed@ericblocklaw.com | Molly.peters@csklegal.com |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of December, 2015, a true and correct copy of the foregoing was filed with the Clerk of Duval County by using the e-Filing Portal system, which will send an automatic e-mail message to the parties registered with the e-Filing Portal system and/or via U.S mail to the following parties: Eric S. Block, Esq., Law Offices of Eric S. Block, P.A., eblock@ericblocklaw.com, 6817 Southpoint Pkwy, Ste 2502, Jacksonville, FL

32216, (904) 475-9400/(904) 475-9411 (F), Attorney for Plaintiff, Anthony Hairston, Christopher S. Johns, Esq., Johns & Von Roenn, cjjaxlaw@yahoo.com, 4901 Atlantic Blvd. 32207, (904) 398-9893/(904) 398-8757 (F), Attorney for Plaintiff, Anthony Hairston and Dorothy C. Sims, Esq., Law Offices of Dorothy Clay Sims, Esq., dcs@ocalaw.com, P.O. Box 156, Ocala, FL 34478, (352) 629-0480/(352) 629-0421 (F), Attorney for Plaintiff, Anthony Hairston.

        COLE, SCOTT & KISSANE, P.A.
        *Counsel for Defendant*
        Cole, Scott & Kissane Building
        4686 Sunbeam Road
        Jacksonville, Florida 32257
        Telephone (904) 672-4031
        Facsimile (904) 672-4050
        Primary e-mail: Joe.Kissane@csklegal.com
        Secondary e-mail: michelle.smith@csklegal.com
        Alternate e-mail: molly.peters@csklegal.com

By:   s/ Michelle L. Smith
      JOSEPH T. KISSANE
      Florida Bar No.: 512966
      MICHELLE L. SMITH
      Florida Bar No.: 25897

0534.0015-00/1718796