**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ANTHONY HAIRSTON,

    Plaintiff,

v.                                         CASE NO. 3:13-cv-1457-J-32JBT

ED NELSON TRANSPORT,
a Foreign Profit Corporation
and ED NELSON, Individually,

    Defendants.

**ORDER**

By agreement of the parties, it is hereby

**ORDERED:**

The deadline for the parties to conduct their mediation is extended until **March 4, 2016.** See Order, Doc. 8, appointing mediator David S. Brecher. The mediation will be in lieu of a settlement conference with the assigned United States Magistrate Judge.

**DONE AND ORDERED** in Jacksonville, Florida, this 24th day of February, 2016.

                                                          TIMOTHY J. CORRIGAN
                                                          United States District Judge

md.
Copies to:
Hon. Joel B. Toomey, U.S. Magistrate Judge
David S. Brecher (mediator)
Counsel of Record