UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANTHONY HAIRSTON,

        Plaintiff,

V.                                         Case No. 3:13-cv-1457-J-32BT

ED NELSON TRANSPORT an ED NELSON,

        Defendants.
_____/

## MEDIATION REPORT

A mediation conference was held in this case on March 4, 2016. All required parties and their representatives were present and participated, or were excused by agreement.

The mediation conference resulted in the following:

***The parties entered into a settlement agreement by which the case was completely SETTLED. Counsel will submit a stipulation for dismissal or other final disposition to the Court.***

Dated this 4th day of March, 2016.

        Respectfully submitted,

/s/ David S. Brecher
**DAVID S. BRECHER - Mediator**
Florida Bar No. 065110
Certification No. 6938R
301 West Bay Street, Suite 1443
Jacksonville, Florida 32202
Tel: (904) 329-7272
david@brechermediation.com

**Copies to:**

Eric Block, Esq.
Fraz Ahmed, Esq.
Daniel R. Duello, Esq.
Christopher Johns, Esq.
Dorothy C. Sims, Esq.